

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2016

No. 04-16-00227-CR

Allen John **MURRAY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5283
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The court reporter's notification of late record filed on September 2, 2016, is NOTED. The reporter's record was filed on September 9, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court